Alvin PONSON, Jr., Plaintiff–
Appellant,

v.

Joseph P. SACCHET, Warden; Dennis Weller, Officer; Muhammad Moubarek, M.D., CMS; Correctional Medical Services; Any Unknown Defendants, Defendants–Appellees.

No. 01–6494.

United States Court of Appeals,
Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Alvin Ponson, Jr., pro se. John Joseph Curran, Jr., Attorney General, Sharon Stanley Street, Assistant Attorney General, Philip Melton Andrews, George Eugene Brown, Kramon & Graham, Baltimore, MD, for appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Alvin Ponson, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ponson v. Sacchet,* No. CA–00–2032–L (D.Md. Mar. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*